# CHAPTER 13 PLAN

| | |
|---|---|
| Outstanding tax liabilities/water charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 4,285.00 |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   857.00 |
| Support Arrears . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Mortgage Arrears. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Motor Vehicle #1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Motor Vehicle #2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Other Secured Debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| *(100% of collateral value)* | |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

General Unsecured Debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$31,883.00
*(Education loans are paid same percentage through
plan as unsecured debt.  Remaining balance will
still be owing after completion of plan)*

| | |
|---|---|
| Vehicles unsecured portion of the loan . . . . . . | n/a |
| Real Estate unsecured portion of the loan . . . . | n/a |
| Surrender of collateral . . . . . . . . . . . . . . . . . . . | n/a |

*(Balance owed on loan after deducting
market value of collateral)*

| | |
|---|---|
| Total unsecured Debt . . . . . . . . . . . . . . . . . . . . . . . . . . . .$31,883.00 | |
| Paid   13   % on the dollar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 4,200.00 |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   840.00 |
| 100% co-signed debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 100% student loan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| *5% interest* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Balance of legal fees for Chapter 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 2,400.00 |
| Chapter 13 Trustee commission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,258.00 |
| Total paid through plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $13,840.00 |
| Months in plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 60 |
| Monthly payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   231.00 |

- Payments will be submitted on a bi-weekly basis via wage deduction order through Wife's employer.

- Other plan provisions: *N/A*

WILLIAM C. SPILLER

HOLLY R. BYSTRON-SPILLER