In Re: William C. & Holly R. Bystron-Spiller
Bk. No.: 10-14428-B
Chapter 13

## AMENDED CHAPTER 13 PLAN

| | |
|---|---|
| Percentage paid to unsecured creditors | 5% |
| Sum needed to complete Plan | $19,200.00 |
| Months remaining | 60 |
| Monthly payment | $ 320.00 |